CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022 — 04553     DIVISION " "

SECTION 13

DOCKET NO.

JOSHUA ALEXANDER

VERSUS

LEONARD GREENLEE, BAH EXPRESS, INC. AND
SENTRY SELECT INSURANCE COMPANY

FILED:_____     _____
DEPUTY CLERK

CLAIM FOR DAMAGES

TO THE HONORABLE, THE JUDGES OF THE CIVIL DISTRICT COURT FOR

THE PARISH OF ORLEANS, STATE OF LOUISIANA:

The petition of JOSHUA ALEXANDER, a full age resident of the City of New Orleans,

Parish of Orleans, State of Louisiana with respect represents:

1.

Defendant, LEONARD GREENLEE,     is a full age resident of the City of Powell, State

of Tennessee and, at all pertinent times hereto, was the operator of a 2016 International 18

wheeler   on the date of the incident complained of; defendant, BAH EXPRESS, INC., is a

foreign corporation organized to do and doing business in this parish and state and, at all times

pertinent hereto, was the owner of the 2016 International 18 wheeler on the date of the incident

complained of as well as the employer of defendant, LEONARD GREENLEE on the date of the

incident complained of; defendant, SENTRY SELECT INSURANCE COMPANY, is a foreign

insurance corporation   organized to do and doing business in this parish and state and, at all

pertinent times hereto, was the liability insurance carrier of defendant, BAH EXPRESS, INC. on

the date of the incident complained of.

2.

That said defendants are jointly, severally and in solido, justly and truly indebted unto your

petitioner for an amount that is reasonable under the circumstances, together with legal interest

thereon from date of judicial demand until paid, for all costs of these proceedings and for the

following to-wit:

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112-
504-407-0000

Receipt Number   895243
Register          CDC Cash Register 1

Amount Received   $ 548.50
Over Payment      $ 0.00

Check #  66388  $548.50

| Item | Charged | Paid | Bal |
|------|---------|------|-----|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| | | | $0.00 |
| Supreme Court- Proc | $10.00 | $10.00 | $0.00 |
| Request for Producti | $10.00 | $10.00 | $0.00 |
| Interrogatories | $22.00 | $22.00 | $0.00 |

VERIFIED
V. Nuy
5/24/22

3.

On or about July 26, 2021 at approximately 9:25 A.M., petitioner, JOSHUA

ALEXANDER was riding as a passenger on a 2021 New Flyer XD35 bus (hereinafter referred to

as "the bus") that was operated by Antonio Bell and owned by New Orleans Regional Transit

Authority. The bus stopped for a semaphore facing red in its direction in the right turn lane on

General DeGaulle Drive at its intersections with LB Landry Avenue in the City of New Orleans,

Parish of Orleans, State of Louisiana. Defendant, LEONARD GREENLEE, was operating a

2016 International 18 wheeler owned by BAH EXPRESS, INC. in the right lane on General

DeGaulle Drive. Suddenly and without warning, the GREENLEE vehicle began to turn right off

of General DeGaulle Drive onto LB Landry Avenue striking the bus.

4.

At the time of the accident, defendant, LEONARD GREENLEE was within the course

and scope of his employment with defendant, BAH EXPRESS, INC.

5.

Petitioner, JOSHUA ALEXANDER alleges that the sole and proximate cause of this

accident was the joint and concurrent negligence of defendants, in the following respects:

LEONARD GREENLEE:

a)      Failing to have his vehicle under proper control;

b)      Failing to see what he should have seen;

c)      Driving in a reckless and careless manner;

d)      Improper lane turning..

BAH EXPRESS, INC.:

a)      Liability under the doctrine of *respondeat superior*.

6.

Because of the aforementioned accident and as a direct and proximate cause thereof, your

petitioner, JOSHUA ALEXANDER sustained the following injuries and damages:

L5-S1 left paracentral disc protrusion;

Sprain of left knee with fluid in the infrapatellar bursa;

Contusions of the left knee and ankle;

Sprain of left foot;

Muscle spasm;

Radiculopathy – cervicothoracic region;

Cervical strain;

Sprain of right shoulder and arm;

Occipital headaches;

Nervousness, nausea and upset.

7.

Your petitioner itemizes his damages as follows:

Past, present and future medical expenses;

Pain and suffering;

Emotional stress and strain;

Loss of enjoyment of life;

Past, present and future lost wages and loss of earning capacity.

8.

Petitioner, JOSHUA ALEXANDER avers amicable demand upon defendants to no avail.

WHEREFORE, petitioner prays that a copy of this petition be served upon each defendant

herein; that they be duly cited to appear and answer same and that, after all legal delays and due

proceedings had, there be judgment herein in favor of petitioner, JOSHUA ALEXANDER and

against defendants, LEONARD GREENLEE, BAH EXPRESS, INC. and SENTRY SELECT

INSURANCE COMPANY, jointly, severally and *in solido*, for an amount that is reasonable under

the circumstances, together with legal interest thereon from date of judicial demand until paid, for

all costs of these proceedings and for all general and equitable relief.

_____
DARLEEN M. JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
JOSHUA ALEXANDER

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

LEONARD GREENLEE            (UNDER THE LOUISIANA LONG ARM STATUTE)
373 Herrell Lane
Powell, TN 37849

BAH EXPRESS, INC.            (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
Waymond D. Hemmings
4424 Thurman Road
Conley, GA 30288

SENTRY SELECT INSURANCE COMPANY
Through Their Agent for Service of Process,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                              DIVISION " "                    DOCKET NO.

JOSHUA ALEXANDER

VERSUS

LEONARD GREENLEE, BAH EXPRESS, INC. AND
SENTRY SELECT INSURANCE COMPANY

FILED:_____    _____
                                                                   DEPUTY CLERK

REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, JOSHUA

ALEXANDER , pursuant to L.S.A. - C.C.P. Article 1572, moves this Honorable Court for written

notice, ten (10) days in advance of the date fixed for the trial or hearing on any exception, motion,

rule or trial on the merits in the captioned proceedings, and pursuant to L.S.A. - C.C.P. Articles

1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on

any exceptions, motions, rules or the trial on the merits in the captioned proceedings.

_____
DARLEEN M.  JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Attorney for Plaintiff,
JOSHUA ALEXANDER

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

LEONARD GREENLEE              (UNDER THE LOUISIANA LONG ARM STATUTE)
373 Herrell Lane
Powell, TN 37849

BAH EXPRESS, INC.              (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
Waymond D. Hemmings
4424 Thurman Road
Conley, GA 30288

SENTRY SELECT INSURANCE COMPANY
Through Their Agent for Service of Process,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

VERIFIED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2022-4553         DIVISION " "                    DOCKET NO.

JOSHUA ALEXANDER

VERSUS

LEONARD GREENLEE, BAH EXPRESS, INC. AND
SENTRY SELECT INSURANCE COMPANY

FILED:_____    _____
                                                DEPUTY CLERK


INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO:    LEONARD GREENLEE        (UNDER THE LOUISIANA LONG ARM STATUTE)
       373 Herrell Lane
       Powell, TN 37849

       BAH EXPRESS, INC.        (UNDER THE LOUISIANA LONG ARM STATUTE)
       Through Their Agent for Service of Process,
       Waymond D. Hemmings
       4424 Thurman Road
       Conley, GA 30288

       SENTRY SELECT INSURANCE COMPANY
       Through Their Agent for Service of Process,
       Louisiana Secretary of State
       8585 Archives Avenue
       Baton Rouge, LA 70809


       Pursuant to the Louisiana Code of Civil Procedure, Answers to the Interrogatories and
Response to the Request for Production of Documents are to be served on the undersigned
counsel within the delays allowed by law and to be answered and responded to by you personally
or through an authorized officer or agent, in writing, signed and under oath. Plaintiffs request that
in accordance with the Louisiana Code of Civil Procedure and decision of the United States
Supreme Court in Hickman vs. Taylor, 329 U.S. 495 (1947), the answers and responses include
all pertinent information gathered by you or on your behalf through interviews with witnesses and
through other investigations, in addition to information available to you, or directly within your
knowledge, or the knowledge of your employees, agents, servants, insurers and attorneys. Timely
supplementation of your answers and responses is specifically requested.

INTERROGATORY NO. 1:



State the types and policy numbers and limits of each policy of insurance issued, including any and all excess insurance and umbrella coverages, applicable to the vehicle which you operated or was operated by your insured, or by a permissive use, and/or the vehicle's operator and/or its lessee, and/or its owner at the time of the accident, and state the names and addresses of the company issuing each such policy, as well as the present custodian of each such policy.

INTERROGATORY NO. 2:

Please identify by name, address and employer, each person known to you, or whose identity has been provided to you or your attorney, who witnessed or claims to have witnessed any aspect of the accident.

INTERROGATORY NO. 3:

Please state the name of the person, firm or corporation requesting and/or conducting any investigation of the accident, any allegedly related accidents prior or subsequent thereto, and/or the damages claimed as a result thereof, and on whose behalf such an investigation was made, together with the dates of the conduct of any such investigation.

(Note: "investigation" is hereby defined to include, but is not limited to, any

surveillance of any plaintiff by any means.)

INTERROGATORY NO. 4:

Have you or has anyone on your behalf taken or obtained any statement of any nature whatsoever, whether written or oral, from any plaintiff, or anyone purporting to be or believed by you to be an agent for or spokesman on behalf of any plaintiff concerning the accident and injuries which are the subject of this lawsuit?  If so, please identify by name and address the individual or individuals from whom said statement(s) were taken, the date, time and place where any such statement(s) were taken, whether said statement was written or oral, and if written, a sufficient description of the document to enable it to be subpoenaed, and if oral, the name of each person present.

INTERROGATORY NO. 5:

Please list each document which you may use in the trial of this case.

INTERROGATORY NO. 6:

Please identify each person, by name, address, and telephone number, whom you may or will call as a lay witness in the trial of this matter.

INTERROGATORY NO. 7:

Please identify each person, by name and address, whom you may or will call as an expert witness in the trial of this matter.

INTERROGATORY NO. 8:

Were any appraisals or estimates or repairs made of the vehicle driven and/or owned and/or leased by any defendant(s) regarding this accident?  If so, please state the name, address and telephone number of the party who made such appraisal and/or estimate, and/or repairs.

INTERROGATORY NO. 9:

In which other lawsuits, besides the instant matter, has the defendant driver ever been involved, if any?  For any such lawsuit, please identify the specific court where brought, the docket number, the names and last known addresses of any other parties and/or counsel involved, the nature of the suit, and the final outcome of said suit, or the current status of the suit if it is still pending.

INTERROGATORY NO. 10:

Please state whether the defendant driver has ever been convicted of any criminal offense. If so, please state the nature of any such offense, the specific court where the conviction was issued, the specific sentence handed down, and the actual sentence served or performed.

INTERROGATORY NO. 11:

Please state whether the defendant driver has ever been issued any citation for any moving traffic violation.  If so, please state the nature of any offense for which such citation was issued, the specific jurisdiction issuing same, and the details of any disposition thereof, or the current status if not disposed of at this time.

INTERROGATORY NO. 12:

Were there any photographs and/or drawings of the scene, any of the vehicles, or of any of the plaintiffs involved in this accident, made at the time of the accident or at any time thereafter? If so, please state the name, address, and telephone number of the person who took such photographs and/or made any such drawings, when any such photographs and/or drawings were made, and at whose request, and who currently has possession of the same.

INTERROGATORY NO. 13:

Was the defendant driver, at the time of this accident, within the course and scope of any employment, on any agency relationship, or did he/she have permissive use of the vehicle he/she was operating at the time of this accident?  If so, please state the current name, address, and

telephone number of any said employer-principal.

INTERROGATORY NO. 14:

      Was the defendant driver issued a citation arising from this accident?  If so, please describe the violation(s) and state the disposition thereof.

INTERROGATORY NO. 15:

      Please state, defendant driver, in your own words, your version of how the accident occurred including what you did, if anything, to avoid the accident.

INTERROGATORY NO. 16:

      Please state, defendant driver, in as much detail as possible, the weather, lighting and road conditions at the time and place of the accident, which is the subject of this litigation.

INTERROGATORY NO. 17:

      Defendant driver, at the time of this accident, were you required to wear glasses or contact lenses while driving?  If yes, were you wearing glasses or contact lenses at the time of the accident, which is the subject of this litigation?

INTERROGATORY NO. 18:

      Defendant driver, had you consumed any alcoholic beverages, drugs, or medication in the 12 hours preceding the accident, which is the subject of this litigation?  If yes, for each consumption, please state the time and place of consumption, what was consumed, and how much was consumed.

INTERROGATORY NO. 19:

      Please state with specificity and complete detail any facts on which you base any allegation that any plaintiff was comparatively negligent or was in any way or degree at fault with respect to the accident made the subject of this accident, and completely identify any witnesses upon whom you will call to testify to such facts, completely identify any documents, pictures, charts, and/or diagrams upon which you will rely in support of any such facts, and further, completely identify any experts upon whom you will call, in support of any such facts.

INTERROGATORY NO. 20:

      Please list any and all accidents that you are aware of that any plaintiff has been involved in from 1987 through 2022, including the date of accident, type of accident, injuries sustained, and medical providers seen.

INTERROGATORY NO. 21:

Please list any and all claims that you are aware of that any plaintiff has made against any insurance company from 1987 through 2022, including the date of claim, type of claim, and name of the insurance company the claim was made against.

INTERROGATORY NO. 22:

Please list any and all lawsuits that you are aware of that any plaintiff has filed from 1987 through 2022, including the date of suit, court where the suit was filed, and case number.

REQUEST FOR PRODUCTION NO. 1:

Certified copies of any and all policies of insurance and dec sheets referred to in your Answer to Interrogatory No. 1.

REQUEST FOR PRODUCTION NO. 2:

Any and all photographs and drawings of the scene, vehicles, and plaintiffs involved in this accident.

REQUEST FOR PRODUCTION NO. 3:

Any and all video-tape, motion picture film, or other product of any surveillance of any plaintiff(s) performed by your or at your request, or on your behalf.

REQUEST FOR PRODUCTION NO. 4:

Any and all appraisals of any damages to any vehicle involved in this accident.

REQUEST FOR PRODUCTION NO. 5:

Any and all repair bills with respect to any vehicle involved in this accident.

REQUEST FOR PRODUCTION NO. 6:

Any written or recorded statements taken from any plaintiff(s) in this litigation.

REQUEST FOR PRODUCTION NO. 7:

Any notes of any oral statements taken from any plaintiff(s) in this litigation.

REQUEST FOR PRODUCTION NO. 8:

Any and all documents referred to in your Answer to Interrogatory No. 5.

REQUEST FOR PRODUCTION NO. 9:

The resume of any expert referred to in your Answer to Interrogatory No. 7.

REQUEST FOR PRODUCTION NO. 10:

Any written or other report or communication from any expert witness referred to in your Answer to Interrogatory No. 7.

REQUEST FOR PRODUCTION NO. 11:

Any contract of lease which provides the basis of any permissive use referred to in your Answer to Interrogatory No. 13.

REQUEST FOR PRODUCTION NO. 12:

Any and all documents or physical evidence providing the basis for your Answer to Interrogatory No. 19.

REQUEST FOR PRODUCTION NO. 13:

Any and all documents in your possession concerning any accidents listed in Answers to Interrogatory No. 20.

REQUEST FOR PRODUCTION NO. 14:

Any and all documents in your possession concerning any claims listed in Answer to Interrogatory No. 21.

REQUEST FOR PRODUCTION NO. 15:

Any and all documents in your possession concerning any lawsuits listed in Answer to Interrogatory No. 22.

_____
DARLEEN M.  JACOBS, ESQ., BAR #7208
(A PROFESSIONAL LAW CORPORATION)
 823 St. Louis Street
 New Orleans, Louisiana 70112
 (504) 522-0155 and (504) 522-3287
 Attorney for Plaintiff,
 JOSHUA ALEXANDER

PLEASE SERVE DEFENDANTS
AS FOLLOWS:

LEONARD GREENLEE          (UNDER THE LOUISIANA LONG ARM STATUTE)
373 Herrell Lane
Powell, TN 37849

BAH EXPRESS, INC.          (UNDER THE LOUISIANA LONG ARM STATUTE)
Through Their Agent for Service of Process,
Waymond D. Hemmings
4424 Thurman Road
Conley, GA 30288

SENTRY SELECT INSURANCE COMPANY
Through Their Agent for Service of Process,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**ATTORNEY'S NAME:** Jacobs, Darleen M 07208
**AND ADDRESS:** 823 Saint Louis Street , New Orleans, LA 70112-3415

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2022-04553**          **DIVISION: M**          **SECTION: 13**

### ALEXANDER, JOSHUA

**Versus**

### GREENLEE, LEONARD ET AL

### CITATION - LONG ARM

TO:          BAH EXPRESS, INC.

THROUGH:     THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICEOF PROCESS, WAYMOND D. HEMMINGS
4424 THURMAN ROAD, CONLEY, GA 30288

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by _____**
**Valerie  West, Deputy Clerk**

---

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** | **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON **BAH EXPRESS, INC.** | ON **BAH EXPRESS, INC.** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICEOF PROCESS, WAYMOND D. HEMMINGS** | THROUGH: **THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICEOF PROCESS, WAYMOND D. HEMMINGS** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **BAH EXPRESS, INC.** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| / ENTERED / | Returned the same day |
| | _____ No. _____ |

| PAPER | | RETURN |
|---|---|---|
| ____ / ____ | | / ____ |
| SERIAL NO. | DEPUTY | PARISH |

Deputy Sheriff of _____

**ATTORNEY'S NAME:**   Jacobs, Darleen M 07208
**AND ADDRESS:**          823 Saint Louis Street , New Orleans, LA 70112-3415

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| | | |
|---|---|---|
| NO: 2022-04553 | DIVISION: M | SECTION: 13 |

### ALEXANDER, JOSHUA

#### Versus

### GREENLEE, LEONARD ET AL

### CITATION - LONG ARM

TO:          BAH EXPRESS, INC.

THROUGH:   THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICEOF PROCESS,
WAYMOND D. HEMMINGS

4424 THURMAN ROAD, CONLEY, GA 30288

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

 CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

 a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty
(30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made
through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.
   ********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA May 24, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** *Valerie West*
**Valerie  West, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of_____ _____ served a copy of the within | On this _____ day of_____ _____ served a copy of the within |
| **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** | **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON  BAH EXPRESS, INC. | ON  BAH EXPRESS, INC. |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICEOF PROCESS, WAYMOND D. HEMMINGS** | THROUGH: **THE LOUISIANA LONG ARM STATUTE  THEIR AGENT FOR SERVICEOF PROCESS, WAYMOND D. HEMMINGS** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and |
| Deputy Sheriff of_____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said BAH EXPRESS, INC. being absent from the domicile at time of said service. |
| _____ / ENTERED / | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____/_____/_____ | Deputy Sheriff of_____ |
| SERIAL NO.     DEPUTY     PARISH | |

**ATTORNEY'S NAME:** Jacobs, Darleen M 07208
**AND ADDRESS:** 823 Saint Louis Street , New Orleans, LA 70112-3415

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2022-04553**      **DIVISION: M**      **SECTION: 13**

**ALEXANDER, JOSHUA**

**Versus**

### GREENLEE, LEONARD ET AL

### CITATION - LONG ARM

TO:      LEONARD GREENLEE

THROUGH:      THE LOUISIANA LONG ARM STATUTE

373 HERRELL LANE, POWELL, TN 37849

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the

Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty

(30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made

through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** _____
**Valerie West, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** | **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON **LEONARD GREENLEE** | ON **LEONARD GREENLEE** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE** | THROUGH: **THE LOUISIANA LONG ARM STATUTE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **LEONARD GREENLEE** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER      RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.    DEPUTY    PARISH | |

ATTORNEY'S NAME:   Jacobs, Darleen M 07208
AND ADDRESS:       823 Saint Louis Street , New Orleans, LA 70112-3415

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-04553 | DIVISION: M | SECTION: 13 |
|---|---|---|

### ALEXANDER, JOSHUA

**Versus**

### GREENLEE, LEONARD ET AL

### CITATION - LONG ARM

TO:        LEONARD GREENLEE

THROUGH:   THE LOUISIANA LONG ARM STATUTE

            373 HERRELL LANE, POWELL, TN 37849

## YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by
Valerie West, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS | CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS |
| ON LEONARD GREENLEE | ON LEONARD GREENLEE |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE** | THROUGH: **THE LOUISIANA LONG ARM STATUTE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **LEONARD GREENLEE** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER        RETURN | Deputy Sheriff of _____ |
| _____/_____/_____ | |
| SERIAL NO.   DEPUTY   PARISH | |

**ATTORNEY'S NAME:** Jacobs, Darleen M 07208
**AND ADDRESS:** 823 Saint Louis Street , New Orleans, LA 70112-3415

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2022-04553**  **DIVISION: M**  **SECTION: 13**
**ALEXANDER, JOSHUA**

**Versus**

**GREENLEE, LEONARD ET AL**

### CITATION

TO:  SENTRY SELECT INSURANCE  COMPANY

THROUGH:  THEIR AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA May 24, 2022**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by _____**
**Valerie  West, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this _____ day of _____ serced a copy of
the within

**CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR
PRODUCTION OF DOCUMENTS**

ON **SENTRY SELECT INSURANCE  COMPANY**

THROUGH: **THEIR AGENT FOR SERVICE OF PROCESS, LOUISIANA
SECRETARY OF STATE**

Returned the same day
_____ No. _____

Deputy Sheriff of _____
Mileage: $ _____

_____ / ENTERED / _____

| PAPER | | RETURN |
|---|---|---|
| ___ / ___ | | ___ / ___ |
| SERIAL NO. | DEPUTY | PARISH |

**DOMICILIARY SERVICE**

On this _____ day of _____ served a copy of
the within

**CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR
PRODUCTION OF DOCUMENTS**

ON **SENTRY SELECT INSURANCE  COMPANY**

THROUGH: **THEIR AGENT FOR SERVICE OF PROCESS, LOUISIANA
SECRETARY OF STATE**

by leaving same at the dwelling house, or usual place of abode, in the hands of
_____ a person of suitable age and
discretion residing therein as a member of the domiciliary establishment, whose
name and other facts connected with this service I learned by interrogating
HIM/HER the said **SENTRY SELECT INSURANCE  COMPANY** being absent
from the domicile at time of said service.

Returned the same day
_____ No. _____

Deputy Sheriff of _____

Civil Code of Procedures

Article 1001

Art. 1001. Delay for answering

     A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

     B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

     C. The court may grant additional time for answering.

     Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

| ATTORNEY'S NAME: | Jacobs, Darleen M 07208 |
| AND ADDRESS: | 823 Saint Louis Street , New Orleans, LA 70112-3415 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-04553 | DIVISION: M | SECTION: 13 |

## ALEXANDER, JOSHUA

### Versus

### GREENLEE, LEONARD ET AL

## CITATION

TO:  SENTRY SELECT INSURANCE  COMPANY

THROUGH:  THEIR AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE

8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2022**

| Clerk's Office, Room 402<br>Civil Courts Building<br>421 Loyola Avenue<br>New Orleans, LA 70112 | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>Valerie  West, Deputy Clerk |

---

## SHERIFF'S RETURN
### (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** | **CLAIM FOR DAMAGES, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| ON  SENTRY SELECT INSURANCE  COMPANY | ON SENTRY SELECT INSURANCE  COMPANY |
| THROUGH:  THEIR AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE | THROUGH:  THEIR AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **SENTRY SELECT INSURANCE  COMPANY** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / | _____ No. _____ |
| PAPER              RETURN | Deputy Sheriff of _____ |
| _____ /              / _____ | |
| SERIAL NO.     DEPUTY  .     PARISH | |

FILED

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA    JUN -8 PM 2:59

CIVIL
DISTRICT COURT

NO.: 2022-04553                                                    DIV. "M-13"

JOSHUA ALEXANDER

VERSUS

LEONARD GREENLEE, ET AL

FILED:_____ DEPUTY CLERK:_____

AFFIDAVIT OF SERVICE

PARISH OF ORLEANS

STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared Modesta Brown, who after being duly sworn did depose and say, that on the 24th day of May, 2022, she mailed a certified copy of the Claim for Damages and Citation, in this action to Leonard Greenlee by certified mail #7017 2620 0001 0068 1209, return receipt requested, through the Louisiana Long Arm Statute, LSA-R.S. 13:3201, properly addressed and postage prepaid, that on the 2nd day of June, 2022, the Claim for Damages and Citation, was delivered and received; that she received the postal receipt attached hereto, indicating that same had been delivered.

_____
Modesta Brown- Paralegal to
Darleen M. Jacobs, Esq. (7208)
Attorney for plaintiff, JOSHUA ALEXANDER

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS _____ DAY
OF _____, 2022.

_____
NOTARY PUBLIC

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

_____
6/7/2022 3:10:03 PM
Receipt Number      896934
Cashier              Vbe
Register             CP07/Cash Register 1
Case Number          2022-04553
_____
Balance Due          $ 0.00
Change Due           $ 0.00

Payment / Transaction List
Cash  $2.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Affidavit of Service | $0.00 | $0.00 | $0.00 |
| Exhibits (Paper) | $2.00 | $2.00 | $0.00 |

6-9-22
VERIFIED
Per Info Fraud

FILED

2022 JUN -8 PM 2: 59

CIVIL
DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leonard Greenlee
373 Herrell Lane
Powell, TN 37849

9590 9402 6400 0303 7411 87

2. Article Number (Transfer from service label)
7010 1620 0001 0068 1204

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Leonard Greenlee   6-2-22

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                   Domestic Return Receipt

VERIFIED